UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Mid-Continent Casualty Company, | Case No. 2:07-cv-258 |
| Plaintiff, | |
| v. | **ORDER** |
| American Pride Building Company, LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Sheri Polster Chappell dated February 18, 2010. In the R&R, Magistrate Judge Chappell recommends granting in part and denying in part Plaintiff's Motion for Costs. There have been no objections to the R&R filed in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 91) is **ADOPTED**;

2. Defendants' Motion objecting to the requested costs (Docket No. 85) is **GRANTED in part** and **DENIED in part** as set forth in the R&R; and

3. Plaintiff's Motion for Costs (Docket No. 84) is **GRANTED in part** and **DENIED in part** and Plaintiff is entitled to recover its costs and fees as set forth in the R&R.

Dated: <u>Monday, March 22, 2010</u>    *s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　United States District Court Judge