**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

MID-CONTINENT CASUALTY COMPANY,

    Plaintiff,

v.                                                    CASE NO. 2:07-CV-00258-FtM-36SPC

AMERICAN PRIDE BUILDING COMPANY,
LLC; AMERICAN PRIDE BUILDING CO., LLC;
AMERICAN PRIDE BUILDER, LLC; GROFF
CONSTRUCTION, INC.,

    Defendants.
_____/

**ORDER**

       This cause comes before the Court on the Amended Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell, filed on May 3, 2011( Doc. 207).  In the Report and Recommendation, Judge Chappell recommends that Plaintiff Mid-Continent Casualty Company's Motion for Costs be granted in part and denied in part.  Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

       After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

       Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Amended Report and Recommendation of the Magistrate Judge (Doc. 207) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Costs (Doc. 196) is **GRANTED in part** and **DENIED in part**.

3. Fees and Costs are awarded as follows:

    (a) Fees of the Clerk are awarded in the amount of $350.00.

    (b) Fees for service and subpoena are awarded in the amount of $2,547.00 per the Parties' agreement.

    (c) Fees for printed or electronically recorded transcripts are awarded in the amount of $5,796.45 per the Parties' agreement.

    (d) Fees for witnesses are awarded in the amount of $632.50.

    (e) Fees for exemplification and copying costs are awarded in the amount of $19,224.90.

    (f) Other costs are awarded in the amount of $645.00.

4. Plaintiff, Mid-Continent Casualty Company, is awarded total costs and fees in the amount of **$29,195.85**, plus interest dating from March 10, 2011.

5. The Clerk is directed to enter judgment accordingly

**DONE AND ORDERED** at Ft. Myers, Florida, on October 12, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD